**94–2550.** Thottam v. Thottam. *Stark County*, No. 1994CA00007. This cause is pending before the court as a discretionary appeal and cross-appeal. On December 7, 1994, appellee/cross-appellant filed a notice of cross-appeal and her memorandum in response and memorandum in support of cross-appeal were due December 30, 1994. It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in response and memorandum in support of cross-appeal in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal be, and the same is hereby, dismissed.

**95–27.** State v. Griffin. *Cuyahoga County*, No. 61436. Appellant has filed an untimely notice of appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

### *Wednesday, January 11, 1995*

## MOTION DOCKET

**94–1669.** Smith v. Serv–A–Portion, Inc. *Hamilton County*, No. C–940214. On motion for stay of execution. Motion denied.

## DISCIPLINARY DOCKET

**89–355.** Columbus Bar Assn. v. Connors. On application for stay of execution. Application denied.

## MISCELLANEOUS DISMISSALS

**94–582.** State ex rel. Richard v. Rohal. *Franklin County*, No. 93AP10–1453. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On March 29, 1994, the record was filed in the Supreme Court. On November 23, 1994, this court granted appellant's request for extension of time to file a merit brief and appellant's merit brief was due December 23, 1994. On December 23, 1994, this court granted appellant's second request for extension of time to file merit brief and appellant's merit brief was due January 3, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective January 9, 1995.

## MISCELLANEOUS DOCKET

In re Deibel.
On motion to vacate pertaining to David L. Deibel, Jr. Motion granted.